1  BRYAN CAVE LLP (No. 00145700)
   Robert W. Shely (No. 014261)
2  Gregory B. Iannelli (No. 026549)
   Two N. Central Avenue, Suite 2200
3  Phoenix, AZ  85004-4406
   Telephone:  (602) 364-7000
4  rwshely@bryancave.com
   gregory.iannelli@bryancave.com
5
   Attorneys for Defendant Countrywide Home
6  Loans, Inc. and Bank of America Home
   Loans
7

8              UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10 Yvonne Derry,                              No.  CV-09-02549-PHX-NVW

11              Plaintiff,
                                              **MOTION TO STRIKE PLAINTIFF'S**
12 vs.                                        **"MEMORANDUM OF LAW AND**
                                              **RESPONSE FOR DETAILS"**
13 American Brokers Conduit; American Home
   Mortgage Servicing, Inc.; Freestand Financial   (Assigned to the Hon. Neil V. Wake)
14 Holdings, Inc.; American Home Mortgage
   Holdings, Inc.; American Home Mortgage
15 Investment Corp.; Countrywide Home Loans,
   Inc.; Bank Of America Home Loans; Homesite
16 Settlement Services, Inc.; Trustee For
   Transaction,
17
18              Defendants.

19

20      Plaintiff's "Memorandum of Law and Response for Details" ("Memorandum") is an

21 impermissible sur-reply to the Motion to Dismiss filed by Defendant  Countrywide Home

22 Loans Inc. and Bank of America Home Loans (collectively, "Defendants"), and Defendants

23 move to strike it from the record under LR Civ 7.2(m)(1).  Defendants filed a Motion to

24 Dismiss on December 14, 2009, in which Defendant American Home Mortgage Servicing

25 Inc. ("American Home") joined the same day.  Plaintiff filed a response on January 4, 2010.

26 American Home and Defendants replied, respectively, on January 7 and January 11, 2010.

27 This Court's local rules do not authorize any further briefing of the issues raised by the

28 Motion to Dismiss.  See LR Civ 7.2(a)–(d).  Nevertheless, Plaintiff filed the Memorandum,

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA  85004-4406
(602) 364-7000

661156.1

1    which purports "to address the Defendants Countrywide Home Loans, Inc. and Bank of

2    America's Motion to Dismiss and Defendants American Home Mortgage Servicing, Inc.'s

3    Combined Response to Plaintiff's Objection to Motion to Dismiss and Reply in Support of

4    Joinder in Defendants Countrywide Home Loans, Inc. and Bank of America's Motion to

5    Dismiss," on January 22, 2010.   [Memorandum at 1–2]   The Court should strike the

6    Memorandum because it is "prohibited (or not authorized) by a statute, rule, or court order."

7    LR Civ 7.2(m)(1).  Moreover, Plaintiff has now filed 20 pages of argument in response to the

8    Motion to Dismiss, exceeding the limitations imposed by LR Civ 7.2(e) without leave of

9    Court.  Finally, the Memorandum adds nothing to the issues currently under consideration,

10   because it principally contains impertinent argument and random case citations (devoid of

11   any connection to this case) in support of Plaintiff's bizarre financial theories, which facially

12   lack all merit.  For the foregoing reasons, Defendants respectfully request that the Court

13   strike the Memorandum from the record.

14            DATED this 27th day of January, 2010.

15                                            BRYAN CAVE LLP

16

17                                            By  s/ Gregory B. Iannelli
                                                   Robert W. Shely
18                                                 Gregory B. Iannelli
                                                   Two N. Central Avenue, Suite 2200
19                                                 Phoenix, AZ  85004-4406
                                                   Attorneys for Defendant Countrywide
20                                                 Home Loans, Inc. and Bank of America
                                                   Home Loans

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

661156.1                                        2

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2010, I filed the attached document via the CM/ECF System and served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

Ms. Yvonne Derry
15414 E. Hillside Drive
Fountain Hills, AZ  85268-5804
Plaintiff in Pro Per

s/Amy Robinson

661156.1

3