IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Yvonne Derry, | ) | No. CV09-2549-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| American Brokers Conduit, et. al., | ) | |
| Defendants. | ) | |

Plaintiff having filed a notice of voluntary dismissal of right within the time permitted by Rule 41(a)(1)(A)(i),

IT IS ORDERED dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Motion to Dismiss (doc. # 22) is denied as moot.

The Clerk shall terminate this action.

DATED this 6th day of April, 2010.

_____
Neil V. Wake
United States District Judge